# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHRIS SCHOWERTH,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

5:10Cv171

FNU KONING, FNU PEERING,
and FNU COFFEE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2011 Order.

Signed: December 5, 2011

Frank G. Johns, Clerk
United States District Court